IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMAL CHE GLENN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2357

Opinion filed October 16, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Jamal Che Glenn, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Lynn Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order barring petitioner from further pro se filings rendered April 11, 2014, in Duval County Circuit Court case number 16-1997-CF-009877-AXXX-MA is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.